USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JEOFFREY MAYO,

                                Plaintiff,

             -against-

CVS PHARMACY, INC. et al.,

                              Defendants.
-----------------------------------------------------------------X

**26-CV-2174 (RA) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's request for a discovery conference dated June 1, 2026, and Defendant's response to Plaintiff's request dated June 4, 2026.  ECF Nos. 16; 21.  In light of the upcoming Initial Case Management Conference scheduled for August 10, 2026, the Court denies Plaintiffs request without prejudice.

                            **SO ORDERED.**

DATED:      New York, New York
             June 7, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge